47 So.2d 927

### Garfield WOODSON v. STATE.

#### 6 Div. 63.

Court of Appeals of Alabama.

Aug. 8, 1950.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

Habeas corpus.

Geo. E. Trawick, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

49 So.2d 928

### Henry WYMAN v. STATE.

#### 6 Div. 57.

Court of Appeals of Alabama.

Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.